IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBIE JEAN SWEETIN | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-cv-2935 |
| | § | |
| GRANT PRIDECO, L.P. | § | |
| | § | |
| Defendants. | § | |

JURY NOTE NO. __1__

Can we find out the date(s) of the deposition Bobbie Sweetin had with the Defendants attorney?

Date: February _17_, 2017

FOREPERSON