## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

BOBBIE JEAN SWEETIN      §
§
§
     Plaintiff,      §
VS.      §      CIVIL ACTION NO. 4:14-cv-2935
§
GRANT PRIDECO, L.P.      §
§
     Defendants.      §

### JURY NOTE NO. ___2___

We have reached a verdict

Date: February 17, 2017

FOREPERSON