IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBIE-JEAN SWEETIN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:14-CV-02935 |
| GRANT PRIDECO, L.P., | § § | |
| Defendant. | § § | |

## VERDICT FORM

Question No. 1

Do you find by a preponderance of the evidence that Defendant retaliated against Plaintiff for engaging in protected activity?

Answer "yes" or "no."

_____yes_____

If you answer "no" to question one, do not answer any other question and sign and date the final page of the verdict form.

14

Question No. 2

If you answered "yes" to question one, what sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents, or "none."

$ 150,000.00

If you answer "none" to question two, do not answer any other question and sign and date the final page of the verdict form.

Question No. 3

Do you find by a preponderance of the evidence that Plaintiff should be awarded punitive damages?

Answer "yes" or "no."

_yes_

Question No. 4

If you answered "yes" to question three, what sum of money, if any, should be awarded to Plaintiff for punitive damages?

Answer in dollars and cents, or "none."

$ __25,000.00__

Signed on this the 17 day of February, 2017.



Foreperson of the Jury

18