Case 4:14-cv-02935   Document 101   Filed in TXSD on 03/20/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBIE-JEAN SWEETIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 4:14-cv-02935 |
| | § | |
| NATIONAL OILWELL VARCO, L.P. | § | |
| and GRANT PRIDECO, INC., | § | |
| | § | |
| *Defendants,* | § | |

## AGREED STIPULATED DISMISSAL WITH PREJUDICE

Before the Court is an Agreed Stipulated Dismissal with Prejudice. After consideration of same,

IT IS HEREBY ORDERED that Plaintiff's claims are dismissed with prejudice. The parties shall bear their own costs, expenses, and attorney's fees.

Signed, this 20th day of March, 2017, in Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE